UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

OSCAR IVAN AGUILAR BENITEZ and
DIANA CARINA SALGADO PEREZ,           Case No. 1:20-cv-11512-TLL-PTM

      Plaintiffs,           Hon. Thomas L. Ludington
v.           Magistrate Judge Patricia T. Morris

HSING LUNG, INC. D/B/A HSING'S GARDEN,
JANE DOE 1 A/K/A MEI, and JANE DOE 2 A/K/A LU,

      Defendants.
_____

## ORDER GRANTING JOINT MOTION
## FOR APPROVAL OF SETTLEMENT AGREEMENT

  THE COURT having read and reviewed the Parties' Joint Motion for Approval of Settlement Agreement and Release, including the Settlement Agreement attached thereto, the Court finds that this case presents genuine, bona fide disputed issues, and that the Parties' negotiated settlement is fair, just and reasonable under the circumstances. The Court therefore approves the Parties' Settlement Agreement. The Parties may file a Joint Stipulation of Dismissal With Prejudice of Plaintiffs' claims within twenty-one (21) days after entry of this Order. The Court shall retain jurisdiction to enforce the Parties' Settlement Agreement.

  IT IS SO ORDERED.

Dated: October 29, 2020        s/Thomas L. Ludington
                   THOMAS L. LUDINGTON
                   United States District Judge