UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

OSCAR IVAN AGUILAR BENITEZ and
DIANA CARINA SALGADO PEREZ,   Case No. 1:20-cv-11512-TLL-PTM

                Plaintiffs,   Hon. Thomas L. Ludington
v.   Magistrate Judge Patricia T. Morris

HSING LUNG, INC. D/B/A HSING'S GARDEN,
JANE DOE 1 A/K/A MEI, and JANE DOE 2 A/K/A LU,

                Defendants.
_____

**JOINT STIPULATION OF
DISMISSAL WITH PREJUDICE**

NOW COME the parties, through their undersigned counsel, and pursuant to the Court's Order Granting Motion for Approval of Settlement Agreement [ECF 16] and Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate and agree that this matter shall be dismissed, with prejudice, as to all of the Plaintiffs' claims and as to all Defendants.

Respectfully Submitted,

| | |
|---|---|
| /s/ Robert Anthony Alvarez. (w/ consent) | /s/ Kevin J. Roragen, Esq. |
| Robert Anthony Alvarez (P66954) | Kevin J. Roragen (P56510) |
| AVANTI LAW GROUP, PLLC | LOOMIS, EWERT, PARSLEY |
| Attorneys for Plaintiffs |   DAVIS & GOTTING, P.C. |
| 600 28TH Street, SW | Attorneys for Defendants |
| Wyoming, MI 49509 | 124 West Allegan, Suite 700 |
| (616) 257-6807 | Lansing, Michigan 48933 |
| ralvarez@avantilaw.com | (517) 482-2400 |
| | kjroragen@loomislaw.com |
| Dated: November 20, 2020 | Dated: November 20, 2020 |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

OSCAR IVAN AGUILAR BENITEZ and
DIANA CARINA SALGADO PEREZ,

                Case No. 20-CV-11512

              Plaintiffs,

                Hon. Thomas L. Ludington

v.                Magistrate Judge Patricia T. Morris

HSING LUNG, INC. D/B/A HSING'S
GARDEN, JANE DOE 1 A/K/A MEI,
and JANE DOE 2 A/K/A LU,

              Defendants.
_____/

## ORDER DISMISSING CASE

In accordance with the parties' above stipulation, it is **ORDERED** that the instant case is **DISMISSED WITH PREJUDICE**.

Dated: November 25, 2020                s/Thomas L. Ludington
                                                THOMAS L. LUDINGTON
                                                United States District Judge